# Court of Appeals, State of Michigan

## ORDER

People of MI v Matthew Ryan Grant

Docket No.   338615

LC No.        16-007093-01-FC

Thomas C. Cameron
Presiding Judge

Mark J. Cavanagh

Douglas B. Shapiro
Judges

The Court orders that the November 26, 2019 unpublished opinion is hereby AMENDED to correct a clerical error:  On page 1, the second sentence of the Background section is corrected to read: "Defendant offered HW $100 in exchange for sex."

In all other respects, the November 26, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 0 3 2020
Date

Chief Clerk